1  LIONEL Z. GLANCY #134180
2  MICHAEL GOLDBERG #188669
   GLANCY BINKOW & GOLDBERG LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, California 90067
4  Telephone:  (310) 201-9150
   Facsimile:   (310) 201-9160
5
6  *Attorneys for Plaintiffs, and*
   *Proposed Co-Lead Counsel*
7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11
   SID MURDESHWAR, Individually        Case No. 2:10-cv-06794-DSF-JEM
12 and on Behalf of All Others Similarly
   Situated,
13                                      **STIPULATION APPOINTING
                              Plaintiff,  LEAD PLAINTIFFS AND
14        v.                             APPROVING LEAD PLAINTIFFS'
                                         SELECTION OF CO-LEAD
15 SEARCHMEDIA HOLDINGS               COUNSEL**
   LIMITED, f/k/a IDEATION
16 ACQUISITION CORP., et al.,          Date: December 13, 2010
                                        Time: 1:30 a.m.
17                           Defendants. Courtroom: 840
                                         Honorable Dale S. Fischer
18

19

20        WHEREAS, on September 13, 2010, plaintiff Sid Murdeshwar ("Murdeshwar")

21 commenced the instant action against defendants SearchMedia Holdings Limited

22 (f/k/a Ideation Acquisition Corp.), Robert N. Fried, Phillip Frost, Rao Uppaluri,

23 Steven D. Rubin, Glenn Halpryn, Thomas E. Beier, David H. Moskowitz, Shawn

24 Gold, Garbo Lee and Paul Conway, alleging violations of federal securities laws;

25        WHEREAS, also on September 13, 2010, pursuant to 15 U.S.C. §78u-4

26 (a)(3)(A)(i)(I-II), counsel for Murdeshwar caused to be published a Notice on

27 *Business Wire* – a widely circulated national business-oriented wire service – advising

28

1   members of the purported Class of, *inter alia*, (1) the pendency of the action, (2) the
2   claims asserted therein, (3) the purported Class Period, and (4) that, not later than 60
3   days after the date on which the Notice was published, any member of the putative
4   Class may move the court to serve as lead plaintiff of the Class;

5           WHEREAS, on November 15, 2010, pursuant to Section 21D of the Private
6   Securities Litigation Reform Act of 1995 ("PSLRA"), Cattolica Partecipazioni S.p.A.,
7   which claims losses of $2,463,876.70, filed a timely motion for its appointment as
8   lead plaintiff and approval of its choice of counsel as lead counsel;

9           WHEREAS, on November 15, 2010, pursuant to Section 21D of the PSLRA,
10  plaintiff Noel Upfall, who claims losses of $749,499.75, filed a timely motion for his
11  appointment as lead plaintiff and approval of his choice of counsel as co-lead counsel;

12          WHEREAS, also on November 15, 2010, pursuant to Section 21D of the
13  PSLRA, plaintiff Mehmet Canga, who claims losses of $175,145.00, filed a timely
14  motion for his appointment as lead plaintiff and approval of his choice of counsel as
15  lead counsel;

16          WHEREAS, on November 29, 2010, briefing was completed on the competing
17  motions for appointment as lead plaintiff and approval of lead counsel;

18          WHEREAS, Mehmet Canga has reviewed the competing motions and remains
19  willing to serve as an additional class representative as necessary;

20          WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*,
21  that the "most adequate plaintiff" to serve as lead plaintiff is the person or group that
22  has either filed a complaint or made a motion in response to a notice and has the
23  largest financial interest in the relief sought by the Class, and plaintiffs Cattolica
24  Partecipazioni S.p.A. and Noel Upfall (collectively, "Plaintiffs") (1) have each made
25  a motion in response to a notice, and (2) to the best of their knowledge believe that
26
27  they have the largest known financial interest among Class members who filed timely
28

1   applications for appointment as lead plaintiff in this case;

2       WHEREAS, plaintiffs Cattolica Partecipazioni S.p.A. and Noel Upfall have

3   provided personally signed, sworn certifications which comply with the requirements

4   of 15 U.S.C. §78u-4(a)(2) by setting forth, among other things, all of the specific

5   transactions of each plaintiff in SearchMedia Holdings Limited securities during the

6   Class Period specified in the complaint;

7       WHEREAS, 15 U.S.C. §78u-4 (a)(3)(B)(iii)(I)(cc) provides that, in addition to

8   possessing the largest financial interest in the outcome of the litigation, a lead plaintiff

9   must "otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil

10  Procedure," and Cattolica Partecipazioni S.p.A. and Noel Upfall have each

11  demonstrated adequacy as lead plaintiff and have demonstrated a strong desire to

12  prosecute this action on behalf of the Class because each (1) has made a motion for

13  appointment as lead plaintiff, (2) has retained experienced and competent counsel to

14  prosecute this case on behalf of the Class, (3) has communicated with counsel

15  concerning this status and facts of this case, and (4) as a result of each sustaining

16  substantial financial losses from their investments in SearchMedia securities, each is

17  extremely motivated, consistent with 15 U.S.C. §78u-4 (a)(3)(B)(iii)(II)(bb), to pursue

18  the claims in this action;

19      WHEREAS, the claims of Cattolica Partecipazioni S.p.A. and Noel Upfall

20  further satisfy the requirements of Rule 23 and the PSLRA as their interests are

21  closely aligned with those of the other Class members because each of their claims (1)

22  arise from the same event, practice or course of conduct that gives rise to other Class

23  members' claims, (2) are based on the same legal theory as other Class members'

24  claims, and (3) are typical of the claims asserted by the Class because, like all

25  members of the Class, Cattolica Partecipazioni S.p.A. and Noel Upfall (i) each allege

that defendants violated the Exchange Act by publicly disseminating false and misleading statements concerning SearchMedia's business, operations, and prospects, (ii) each sustained damages as a result of their respective purchases of SearchMedia securities during the Class Period at prices artificially inflated by defendants' alleged misrepresentations and omissions, and (iii) consistent with 15 U.S.C. §78u-4 (a)(3)(B)(iii)(II)(bb), Cattolica Partecipazioni S.p.A. and Noel Upfall are not aware of any unique defenses defendants could raise against them, or that they have any interests antagonistic to the Class, that would render these plaintiffs inadequate to represent the Class;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the court, the most adequate plaintiff will select and retain counsel to represent the Class, and plaintiff Cattolica Partecipazioni S.p.A. has retained the law firm Glancy Binkow & Goldberg LLP, and plaintiff Noel Upfall has retained the law firm Saxena White P.A., and Plaintiffs will retain these firms as Plaintiffs' co-lead counsel to pursue this litigation on behalf of the Class if they are appointed lead plaintiffs; thus the Class will receive the highest caliber of legal representation because each of these firms is experienced in class action and securities litigation and has successfully prosecuted securities fraud class actions on behalf of injured investors;

WHEREAS, Plaintiffs Cattolica Partecipazioni S.p.A. and Noel Upfall have collectively agreed to serve as lead plaintiffs;

WHEREAS, Cattolica Partecipazioni S.p.A. and Noel Upfall have collectively agreed to the selection of the law firms Glancy Binkow & Goldberg LLP and Saxena White P.A. as co-lead counsel; and

WHEREAS, Defendant Robert N. Fried, who is the only defendant to have been

No. 2:10-cv-06794-DSF-JEM
STIPULATION APPOINTING LEAD PLAINTIFFS AND
APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL
P:\SEARCHMEDIA_Stipulation Appointing Lead Plaintiffs, Counsel_12 09 2010.wpd

4

1  served in this action to date, takes no position at this time concerning the foregoing

2  whereas clauses or the appointment of lead plaintiff and approval of lead counsel,

3  while expressly reserving all rights to oppose any motion that relates to certification

4  of any plaintiff class or to object to, challenge and/or move to dismiss the instant

5  action and the allegations therein;

6        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs

7  Cattolica Partecipazioni S.p.A. and Noel Upfall, through their undersigned attorneys

8  and subject to this Court's approval, with respect to the appointment of lead plaintiffs

9  and approval of lead counsel:

10       1.    Plaintiffs Cattolica Partecipazioni S.p.A. and Noel Upfall are appointed

11  lead plaintiffs for the above-captioned action and any subsequently filed consolidated

12  actions.

13       2.    Cattolica Partecipazioni S.p.A.'s and Noel Upfall's selections of counsel

14  – the law firms Glancy Binkow & Goldberg LLP and Saxena White P.A. – are

15  approved as co-lead counsel.

16

17

18  Dated:  December 9, 2010           GLANCY BINKOW & GOLDBERG LLP

19                                      /s/ Lionel Z. Glancy

20                                      Lionel Z. Glancy
                                        Michael Goldberg
21                                      1801 Avenue of the Stars, Suite 311
                                        Los Angeles, California 90067
22                                      Telephone:  (310) 201-9150
                                        Facsimile:   (310) 201-9160
23

24                                      *Attorneys for Cattolica Partecipazioni*

25                                      *S.p.A., and Proposed Co-Lead Counsel*

26

27

28

1   Dated:  December 9, 2010          SAXENA WHITE P.A.

2
                                      /s/  Joseph E. White, III
3                                     Lester Hooker
                                      Joseph E. White, III
4                                     2424 N. Federal Highway, Suite 257
                                      Boca Raton, FL 33431
5                                     Tel: 561 394-3399
                                      Fax: 561 394-3082
6

7                                     *Attorneys for Noel Upfall, and*
                                      *Proposed Co-Lead Counsel*
8

9

10  Dated:  December 9, 2010          THE ROSEN LAW FIRM, P.A.

11                                    /s/ Laurence Rosen
                                      Laurence M. Rosen (SBN 219683)
12                                    333 South Grand Avenue, 25th Floor
                                      Los Angeles, CA 90071
13                                    Telephone: (213) 785-2610
                                      Facsimile: (213) 226-4684
14
                                      *Attorneys for Mehmet Canga*
15

16  Dated:  December 9, 2010          HOLLAND & KNIGHT LLP

17                                    /s/ Tracy Ann Nichols
                                      Tracy Ann Nichols
18                                    701 Brickell Avenue, Suite 3000
                                      Miami, FL 33131
19                                    Telephone: (305) 374-8500
                                      Facsimile: (305) 789-7799
20

21                                    Paul C. Workman
                                      Holland & Knight LLP
22                                    633 W 5th St, 21st Fl
                                      Los Angeles, CA 90071-2040
23                                    Telephone: (213) 896-2400

24                                    *Attorneys for Defendant Robert N. Fried*

25

26

27

28

1

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO
CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES
AND ECF GENERAL ORDER NO. 10-07**

2

3

I, the undersigned, say:

4

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

5

6

7

On December 9, 2010, I caused to be served the following documents:

8

**1.     STIPULATION APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

9

10

**2.     ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF  LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

11

12

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed on the attached Service List.

13

14

And on any non-ECF registered party:

15

See attached Service List.

16

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

17

18

19

20

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 9, 2010, at Los Angeles, California.

21

22

23

_**s/Lionel Z. Glancy**_
Lionel Z. Glancy

24

25

26

27

28

PROOF OF SERVICE

Case 2:10-cv-06794-DSF -JEM   Document 23   Filed 12/09/10   Page 8 of 9   Page ID #:342

## Mailing Information for a Case 2:10-cv-06794-DSF -JEM

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D Braun**
  service@braunlawgroup.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,asohrn@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,lglancy@glancylaw.com

- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com

- **Tracy Ann Nichols**
  tracy.nichols@hklaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Joseph E White , III**
  jwhite@saxenawhite.com

- **Paul C Workman**
  paul.workman@hklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Howard G Smith
Law Offices of Howard G Smith
3070 Bristol Pike  Suite 112
Bensalem, PA 19020
```

## PARTIES RECEIVING SERVICE VIA U.S. MAIL

### <u>FOR DEFENDANTS</u>

Searchmedia Holdings Limited
15A Zhao Feng Universe Building
1800 Zhong Shan Xi Road
Shanghai, China
200235

*For Searchmedia Holdings Limited, Phillip Frost, Rao Uppaluri, Steven D. Rubin, Glenn Halpryn, Thomas E. Beier, David H. Moskowitz, Shawn Gold, Garbo Lee, Paul Conway, Qinying Liu, Earl Yen and Jennifer Huang*