UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 10-6794 DSF (JEMx) | Date | 12/13/10 |
|---|---|---|---|
| Title | Sid Murdeshwar v. Searchmedia Holdings Ltd. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Lester Hooker<br>Lionel Glancy | Paul Workman |

**Proceedings:**   Motion for Order Appointing Lead Plaintiff (Docket No. 8, 9, 12)

     The matter is called and counsel state their appearances.  The Court and counsel discuss the status of the matter.  Counsel advise that they believe the matter should be transferred to Florida and will file a stipulation and order to that effect for the Court to consider.